**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 31, 2016
Docket #: 16-1516cv
Short Title: United States of America v. American International Group,

DC Docket #: 10-cv-3902
DC Court: SDNY (NEW YORK CITY)
DC Judge: Daniels

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8524.