# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of June, two thousand and sixteen,

_____

Alex Grabcheski

       Plaintiff - Appellant,

ABC, United States of America, ex rel. Alex Grabcheski,

       Plaintiffs,

v.

American International Group, Inc.,

       Defendant - Appellee,

DEF,

       Defendant.

_____

**ORDER**
Docket No: 16-1516

Counsel for APPELLANT Alex Grabcheski has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting 07/25/2016 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before 07/25/2016. The appeal is dismissed effective 07/25/2016 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. <u>See</u> Local Rule 27.1(f)(1); <u>cf. RLI Insurance Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).]

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

