**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: December 13, 2016
Docket #: 16-1516cv
Short Title: United States of America v. American International Group,

DC Docket #: 10-cv-3902
DC Court: SDNY (NEW YORK CITY)
DC Judge: Daniels

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8529.