**quinn emanuel** trial lawyers | washington, dc

777 Sixth Street NW, 11th Floor, Washington, District of Columbia 20001-3706 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S EMAIL ADDRESS
**williamburck@quinnemanuel.com**

December 13, 2016

**Via ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  United States ex rel. Grabcheski v. American International Group, Inc., 16-1516

Dear Ms. Wolfe:

We represent the Appellee American International Group (AIG) and write regarding the potential scheduling of oral argument.  Although AIG continues to believe that oral argument is unnecessary in this case, if the Court decides to hold oral argument, counsel for AIG respectfully requests that the Court not schedule argument between March 17 and March 29, 2017.

Respectfully submitted,

/s/ William A. Burck
William A. Burck

cc:    All counsel of record (by ECF)

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH