**quinn emanuel** trial lawyers | washington, dc

777 Sixth Street NW, 11th Floor, Washington, District of Columbia 20001-3706 | TEL (202) 538-8000 | FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S INTERNET ADDRESS
**williamburck@quinnemanuel.com**

January 27, 2017

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
　for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:　*United States ex rel. Grabcheski v. American International Group, Inc.*, **16-1516**

Dear Ms. Wolfe:

　　We represent Appellee American International Group, Inc. and write regarding the Court's oral argument scheduling order. While we initially indicated that our client did not request oral argument, we inadvertently failed to further indicate that our client would request oral argument in the event that the Court granted Appellant's request for oral argument. The Court has granted Appellant eight minutes to present oral argument, and we respectfully request an equal amount of time. We apologize for the confusion.

Respectfully submitted,

/s/ William A. Burck
William A. Burck

cc:　All counsel of record (via ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS